

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Ex parte Sergio Herrera Campos

No. 06-24-00039-CR

Appeal from the County Court of Kinney County, Texas (Tr. Ct. No. 10863CR). Panel consists of Chief Justice Stevens and Justices van Cleef and Rambin. Memorandum Opinion delivered by Chief Justice Stevens. Concurring and Dissenting Opinion delivered by Justice Rambin.

As stated in the Court's opinion of this date, we find reversible error in the judgment of the court below. Therefore, we reverse the judgment of the trial court and remand the cause for further proceedings.

We note that Sergio Herrera Campos has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED APRIL 16, 2024
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk